**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

PAUL MILITELLO,

Plaintiff,

v

VISITING NURSE ASSOCIATION HEALTH CARE SERVICES, INC. ,

Defendants.

**Index No.: 22-cv-7759**

**MOTION TO WITHDRAW AS COUNSEL**

Finn Dusenbery, Esq., the undersigned counsel, formerly of Ottinger Firm, P.C., respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as the undersigned no longer works for the law firm Ottinger Firm, P.C. No party will be prejudiced if this Motion is granted. WHEREFORE, undersigned counsel respectfully requests that this Court permit Finn Dusenbery to withdraw as counsel for Plaintiff in this matter.

Dated: April 14, 2024

Respectfully submitted,

/s/ Finn Dusenbery_______________
Finn Dusenbery
FARUQI & FARUQI LLP
685 Third Ave, 26th Fl
New York, NY 10017